# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**CATHERINE CRAWFORD,**

      **Plaintiff,**

**v.**
                           **Case No.:  2:18-cv-308**
                           **JUDGE GEORGE C. SMITH**
                           **Magistrate Judge Deavers**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on July 26, 2019, recommending that the decision of the Commissioner be reversed and that this action be remanded under Sentence Four of § 405(g).  (Doc. 13).  The time for filing objections to the *Report and Recommendation* has passed, and no objections have been filed to the *Report and Recommendation*.  Therefore, the Court **ADOPTS AND AFFIRMS** the *Report and Recommendation*.  The decision of the Commissioner of Social Security is hereby **REVERSED** and this action is **REMANDED** under Sentence Four of § 405(g) for further consideration consistent with the Report and Recommendation.

The Clerk shall remove Document 13 from the Court's pending motions list and enter final judgment in this case.

      **IT IS SO ORDERED.**

                        */s/ George C. Smith*
                        **GEORGE C. SMITH, JUDGE**
                        **UNITED STATES DISTRICT COURT**